Zimmerman, Mack & Garrett, for appellant; Richard P. Garrett, of counsel. Foster, Paine, Meneley & Bryant, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Foreman Brothers Banking Company, administrator of the estate of Nellie Olson, deceased, appellee, v. Christopher Groen et al., on appeal of Joseph Martin, appellant. Gen. No. 27,785.**

Action for negligent death of plaintiff's intestate from injuries received when she was struck by the automobile of defendant Groen when it skidded in avoiding a collision with the automobile of defendant Martin. Judgment against both defendants. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed December 11, 1922.

Charles A. Scott and Wilkerson, Cassels, Potter & Gilbert, for appellant. Lynn, Hallam & Korn, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Oliver O. Miksch, defendant in error, v. Mathew H. Schmitt, plaintiff in error. Gen. No. 27,144.**

Action for breach of contract to sell real estate. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed. Opinion filed January 2, 1923.

Ernest Saunders, for plaintiff in error. Thompson, Tyrrell & Chambers, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**George R. Bigger, defendant in error, v. G. B. Van Heyninger, plaintiff in error. Gen. No. 27,810.**

Judgment against one of several joint defendants after dismissal of the suit as to the others without an amendment of the statement of claim. Error to the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed January 2, 1923.

Lester E. Lee and Robert G. Phelps, for plaintiff in error; Robert G. Phelps, of counsel. No appearance for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Eva Vrablic, appellant, v. John Pollak, appellee. Gen. No. 27,880.**

Action for slander. Judgment for defendant on the pleadings. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Reversed and remanded. Opinion filed January 2, 1923.

Frank J. Link, for appellant; Lyman M. Paine, of counsel. No appearance for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.